IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

JOHN ALBERT STANGEL, #1279383     §

VS.                              §           CIVIL ACTION NO. 6:07cv287

UTMB MICHAEL UNIT, ET AL.      §

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the civil rights complaint about the medical care the Plaintiff has received should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1).  The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit.  The facts as alleged and developed do not support a claim of deliberate indifference.  Therefore the Court adopts the findings and conclusions of the magistrate judge as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).  It is further

1

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of December, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**